## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACOB SUDDATH and ELIZABETH SUDDATH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. CIV-24-745-SLP |
| OKLAHOME HOMEBUILDERS, LLC, et al., | ) ) ) ) |
| Defendants. | ) ) |

### **O R D E R**

Before the Court is Defendants' Motion for Rule 11 Sanctions and Attorney's Fees with Brief in Support [Doc. No. 27]. Upon review, the Motion is STRICKEN. The Motion fails to demonstrate that Defendants have complied with the procedural requirements for seeking such relief. *See* Fed. R. Civ. P. 11(c)(2); *Roth v. Green*, 466 F.3d 1179, 1192 (10th Cir. 2006).

IT IS SO ORDERED this 19th day of November, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE